UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-00090 |
| | ) | JUDGE CAMPBELL |
| TELLIS T. WILLIAMS | ) | |

### ORDER

Pending before the Court is the Defendant's Motion To Supplement Record (Docket No. 121). Through the Motion, the Defendant requests that the Court make the complete record in <u>Tellis Williams v. United States,</u> Civil Case No. 3:10-01176, part of the record in this case for purposes of appeal. The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE