UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:09-00090 |
| | ) JUDGE CAMPBELL |
| TELLIS T. WILLIAMS | ) |

ORDER

Having received the mandate from the Sixth Circuit in this case, the Court directs the

Clerk of Court to re-open the Defendant's case brought under 28 U.S.C. § 2255 (Case No. 3:10-

01176) and file a copy of this Order in that case.

The Petitioner shall file any supplemental materials in Case No. 3:10-01176 on or before

August 26, 2013, and the Government shall file any response on or before September 26, 2013.

It is so ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE